IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| MICHAEL BRIDGES, | § | |
| Petitioner, | § § § | |
| v. | § | 2:19-CV-099-Z-BR |
| DIRECTOR, TDCJ-CID, | § § § | |
| Respondent. | § § | |

## ORDER

On January 11, 2022, the United States Magistrate Judge entered a Findings, Conclusions, and Recommendation ("FCR") to Dismiss Petition for a Writ of Habeas Corpus filed by Michael Bridges ("Petitioner") (ECF No. 18). No objections to the FCR have been filed. After an independent review of the pleadings, files, and records in this case, the Court **ADOPTS** the Magistrate Judge's FCR. The Court **DISMISSES WITH PREJUDICE** the Petition for a Writ of Habeas Corpus (ECF No. 1).

Considering the record in this case and pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, and 28 U.S.C. § 2253(c), the Court **DENIES** a certificate of appealability because Petitioner has failed to make "a substantial showing of the denial of a constitutional right." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also Hernandez v. Thaler*, 630 F.3d 420, 424 (5th Cir. 2011).

The Court **ADOPTS** and **INCORPORATES** by reference the Magistrate Judge's FCR filed in this case in support of its finding that Petitioner has failed to show (1) that reasonable jurists would find this Court's "assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the

denial of a constitutional right" and "debatable whether [this Court] was correct in its procedural ruling." *Slack*, 529 U.S. at 484.

**SO ORDERED**.

February 9, 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MATTHEW J. KACSMARYK
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE